IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKITSHA T. LACEY<br><br>        *Plaintiff,*<br><br>v.<br><br>VALLEY EXPRESS, LLC. and MARUICE K. JOHNSON<br><br>        *Defendants.* | Case No. |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, LAKITSHA T. LACEY, by and through her attorneys, COGAN & POWER, P.C., and complains of Defendants, VALLEY EXPRESS, LLC. and MAURICE K. JOHNSON, and alleges as follows:

### JURISDICTIONAL ALLEGATIONS

1. On and before July 20, 2018 LAKITSHA LACEY was a resident of the state of Illinois.

2. On and before July 20, 2018 the Defendant, VALLEY EXPRESS, LLC., was a corporation existing under the laws of Wisconsin with its principal place of business located in Wisconsin.

3. On and before July 20, 2018, the Defendant, MAURICE K. JOHNSON, was a Wisconsin resident.

4. The amount in controversy exceeds the jurisdictional limits of $75,000.00.

5. By virtue of the amount in controversy and the diversity of citizenship among the parties this matter is properly before this Court.

## COUNT I

1-3. The Plaintiff realleges paragraphs 1-3 of the Jurisdictional Allegations as and for paragraph 1-3 of Count I.

4. On July 20, 2018, and at all times relevant, Defendant, MAURICE K. JOHNSON, was employed by or an agent of VALLEY EXPRESS, LLC., and acting in the course and scope of his employment and/or agentcy with VALLEY EXPRESS, LLC.

5. On July 20, 2018, I-55 in Illinois through DuPage County was a public roadway traveling in a generally north/south direction at or near the Cass Avenue exit in the Township of Downers Grove, County of DuPage, State of Illinois.

6. On July 20, 2018, the Plaintiff, LAKITSHA T. LACEY, operated her motor vehicle southbound in the right lane of southbound I-55.

7. At the same time and place, the Defendant, MAURICE K. JOHNSON, while in the course and scope of his employment and/or agency for VALLEY EXPRESS, LLC. operated a tractor trailer owned by VALLEY EXPRESS, LLC. southbound in the middle lane of I-55.

8. At that time and place, the Defendant, MAURICE K. JOHNSON, in the course and scope of his employment and/or agency with VALLEY EXPRESS, LLC., owed a duty of care to the Plaintiff to exercise reasonable care and caution in the operation of the tractor trailer to avoid coming into contact with her.

9. On July 20, 2018, the Defendant, MAURICE K. JOHNSON, while in the course and scope of his employment and/or agency with VALLEY EXPRESS, LLC., was negligent in one or more of the following respects:

    a. Failed to maintain proper control of his tractor trailer to avoid colliding with Plaintiff's vehicle;

    b. Failed to maintain his tractor trailer in his lane of travel;

    c. Operated his tractor trailer while distracted;

    d. Operated his tractor trailer at a speed too fast for condition then and there existing;

    e. Failed to keep a proper lookout for other vehicles lawfully on the roadway;

    f. Changed lanes of traffic when it was unsafe; and

    g. Failed to yield the right-of-way to the Plaintiff.

10. As a proximate result of one or more of the aforesaid negligent acts and omissions by the Defendant, MAURICE K. JOHNSON, while in the course and scope of his employment and/or agency with VALLEY EXPRESS, LLC., the Plaintiff suffered serious injuries of a personal and pecuniary nature which caused and will continue to cause her pain and suffering, disability, and disfigurement.

WHEREFORE, the Plaintiff, LAKITSHA T. LACEY, prays that judgement be entered in her favor and against the Defendants, MAURICE K. JOHNSON and VALLEY EXPRESS, LLC.

## COUNT II

1-10. The Plaintiff repeats and realleges paragraphs 1-10 of Count I as and for paragraphs 1-10 of Count II as it fully sets forth herein.

11. At all times relevant hereto, MAURICE K. JOHNSON, was operating his tractor trailer under the federal motor carrier identification number assigned to VALLEY EXPRESS, LLC.

12. The Defendant, VALLEY EXPRESS, LLC., is liable to the Plaintiff under a theory of *respondeat superior.*

WHEREFORE, the Plaintiff, LAKITSHA T. LACEY, prays that judgement be entered in her favor and against the Defendants, MAURICE K. JOHNSON and VALLEY EXPRESS, LLC.

                                                                        /s/ Sara M. Davis
                                                                        Attorney for the Plaintiff

Sara M. Davis
Cogan & Power, P.C.
1 E. Wacker Drive, Suite 510
Chicago, IL 60601
Telephone: (312) 477-2500
Facsimile: (312) 477-2501
sdavis@coganpower.com
Bar No. 6289329