UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKITSHA LACEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19 C 464 |
| | ) | |
| v. | ) | Judge Jorge L. Alonso |
| | ) | |
| VALLEY EXPRESS, LLC, and | ) | |
| MAURICE K. JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court *sua sponte* dismisses this case without prejudice for want of jurisdiction. Because plaintiff failed to comply with this Court's prior order (which explained how to allege properly the citizenship of an LLC) and has again failed to allege adequately the citizenship of defendant Valley Express, LLC. Civil case terminated.

## STATEMENT

Every federal court has an obligation to ensure that it has jurisdiction over the cases before it. *Scott Air Force Base Prop., LLC v. County of St. Clair Ill.*, 548 F.3d 516, 520 (7th Cir. 2008). A party seeking to avail itself of a federal court's jurisdiction bears the burden of establishing jurisdiction "with the manner and degree of evidence required at the successive stages of litigation." Lujan v. Defenders of Wildlife, 504 U.S. 555, 561 (1992). In this case, plaintiff alleges that the Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) in that the amount in controversy exceeds $75,000.00 and the case is between "citizens of different States." 28 U.S.C. § 1332(a)(1).

The Court previously dismissed plaintiff's complaint without prejudice and granted leave to file an amended complaint that alleged adequately the citizenship of defendant Valley Express, LLC. The Court further explained that an unincorporated entity is a citizen of every state in which any of its members (or partners) is a citizen. *Indiana Gas Co., Inc. v. Home Ins. Co.*, 141 F.3d 314, 316 (7th Cir. 1998). "[T]he citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007). Thus, plaintiff must include allegations identifying each of Valley Express, LLC's members and the citizenship of each member. In addition, "if those members have members, [it must identify and allege] the citizenship of those members as well." *Thomas*, 487 F.3d at 534.

Plaintiff filed an amended complaint which alleges only that Valley Express, LLC is a citizen of Wisconsin. That does not suffice.

      Because plaintiff has failed to include allegations from which this Court can determine whether it has jurisdiction, the Court dismisses the case without prejudice for want of jurisdiction.  Civil case terminated.

SO ORDERED.                                        ENTERED:  February 8, 2019

                                                                    _____
                                                                    JORGE L. ALONSO
                                                                    United States District Judge